UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

KEITH WILLIAM SULLIVAN,

               Plaintiff,

v.

STEVEN SISOLAK, *et al.,*

               Defendants.

Case No. 2:23-cv-00869-GMN-DJA

ORDER

On January 31, 2024, the Court issued an order screening Plaintiff's complaint under 28 U.S.C. § 1915A. (ECF No. 21.) The Court dismissed the complaint without prejudice and with leave to file an amended complaint by March 1, 2024. (*Id.*) Plaintiff has filed a notice of appeal. (ECF No. 22.) Pages 2-4 of Plaintiff's notice of appeal are a request for an extension of time until May 1, 2024, to file an amended complaint. (*Id.*). Plaintiff states that he has been moved 4 times in the past month, and he does not have physical access to the law library. (*Id.* at 2-3.) Based on those allegations, the Court grants Plaintiff's request for an extension to file an amended complaint.

It is not clear whether Plaintiff's appeal is related only to the deadline to file an amended complaint, or whether Plaintiff is appealing some other aspect of the Court's screening order. To the extent that Plaintiff is appealing some other aspect of the screening order, he may proceed with the appellate process. If Plaintiff is appealing only the deadline to file an amended complaint, he may file a motion to voluntarily dismiss the appeal in light of this order extending the deadline.

Accordingly, for the reasons stated above,

It is hereby ordered that Plaintiff will file any amended complaint on or before May 1, 2024.

DATED THIS  21  day of February 2024.

Gloria M. Navarro, Judge
United States District Court

1