UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| KEITH WILLIAM SULLIVAN,<br><br>　　　　　　　　　　Plaintiff<br><br>　　v.<br><br>STEVEN SISOLAK, et al.,<br><br>　　　　　　　　　　Defendants | Case No.  2:23-cv-00869-GMN-DJA<br><br>**ORDER** |

**I.	DISCUSSION**

On April 22, 2024, the mandate of the Ninth Circuit Court of Appeals was entered, but it came back as undeliverable to Plaintiff with a notation that Plaintiff is "@ HDSP." (ECF Nos. 28, 29). Under Nevada Local Rule of Practice IA 3-1, a "pro se party must immediately file with the court written notification of any change of mailing address, email address, telephone number, or facsimile number. The notification must include proof of service on each opposing party or the party's attorney. Failure to comply with this rule may result in the dismissal of the action, entry of default judgment, or other sanctions as deemed appropriate by the court."  Nev. Loc. R. IA 3-1.

Plaintiff has not filed his updated address with the Court. The Court will give Plaintiff until **October 28, 2024**, to file his updated address with the Court.  If Plaintiff does not update the Court with his current address by **October 28, 2024**, this action will be subject to dismissal without prejudice. The Court will send a courtesy copy of this order to Plaintiff at High Desert State Prison.

**II.	CONCLUSION**

Accordingly, IT IS HEREBY ORDERED that Plaintiff shall file his updated address with the Court on or before **October 28, 2024**.

Plaintiff is cautioned that this action will be subject to dismissal without prejudice if Plaintiff fails to timely comply with this order. A dismissal without prejudice allows Plaintiff to refile the case with the Court, under a new case number.

1 | IT IS FURTHER ORDERED that the Clerk of the Court send a courtesy copy of this order to Plaintiff at High Desert State Prison

DATED THIS 30th day of September 2024.

_____
UNITED STATES MAGISTRATE JUDGE