UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| KEITH WILLIAM SULLIVAN,<br><br>　　　　　　　　　　Plaintiff<br><br>　　v.<br><br>STEVEN SISOLAK, et al.,<br><br>　　　　　　　　　　Defendants | Case No.  2:23-cv-00869-GMN-DJA<br><br>**ORDER** |

**I.　　DISCUSSION**

On September 30, 2024, the Court issued an order directing Plaintiff to file his current address with the Court by October 28, 2024. (ECF No. 30). However, the Court's order came back as undeliverable, with a note that Plaintiff is currently housed at Northern Nevada Correctional Center ("NNCC"). (ECF No. 32).

The Court notes that under Nevada Local Rule of Practice IA 3-1, a "pro se party must immediately file with the court written notification of any change of mailing address, email address, telephone number, or facsimile number. The notification must include proof of service on each opposing party or the party's attorney. Failure to comply with this rule may result in the dismissal of the action, entry of default judgment, or other sanctions as deemed appropriate by the court." Nev. Loc. R. IA 3-1.

In light of the note that Plaintiff is currently housed at NNCC, the Court will send a courtesy copy of this order to Plaintiff at NNCC. The Court will also extend the deadline for Plaintiff to file his updated address with the Court until **November 18, 2024**. If Plaintiff does not update the Court with his current address by **November 18, 2024**, this action will be subject to dismissal without prejudice.

**II.　　CONCLUSION**

Accordingly, IT IS HEREBY ORDERED that Plaintiff shall file his updated address with the Court on or before **November 18, 2024**.

///

Plaintiff is cautioned that this action will be subject to dismissal without prejudice if Plaintiff fails to timely comply with this order. A dismissal without prejudice allows Plaintiff to refile the case with the Court, under a new case number.

IT IS FURTHER ORDERED that the Clerk of the Court send a courtesy copy of this order to Plaintiff at Northern Nevada Correctional Center.

DATED THIS 17th day of October 2024.

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE