UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| KEITH WILLIAM SULLIVAN, | Case No. 2:23-cv-00869-GMN-DJA |
|---|---|
| Plaintiff | **ORDER** |
| v. | |
| STEVEN SISOLAK, et al., | |
| Defendants | |

According to the Nevada Department of Corrections inmate database, Plaintiff is no longer at the address listed with the Court. This Court's local rules require a pro se party to "immediately file with the court written notification of any change of mailing address, email address, telephone number, or facsimile number. The notification must include proof of service on each opposing party or the party's attorney. Failure to comply with this rule may result in the dismissal of the action, entry of default judgment, or other sanctions as deemed appropriate by the court." Nev. Loc. R. IA 3-1. The Court grants Plaintiff until **January 3, 2025**, to file his updated address with this Court. If Plaintiff does not update the Court with his current address by that deadline, this case will be subject to dismissal without prejudice.

Accordingly, IT IS HEREBY ORDERED that Plaintiff shall file his updated address with the Court by **January 3, 2025**.

Plaintiff is cautioned that this case will be subject to dismissal without prejudice if Plaintiff fails to timely comply with this order. A dismissal without prejudice allows Plaintiff to refile the case with the Court, under a new case number.

DATED THIS 4th day of December 2024.

DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE