UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| KEITH WILLIAM SULLIVAN,<br><br>                                  Plaintiff<br><br>          v.<br><br>STEVEN SISOLAK, et al.,<br><br>                                  Defendants | Case No. 2:23-cv-00869-GMN-DJA<br><br>**ORDER** |

On December 4, 2024, the Court issued an order directing Plaintiff to file his current address with the Court by January 3, 2025. (ECF No. 40). However, the Court's order came back as undeliverable, with a note that Plaintiff is currently housed at Lovelock Correctional Center ("LCC"). (ECF No. 41).

This Court's local rules require a pro se party to "immediately file with the court written notification of any change of mailing address, email address, telephone number, or facsimile number. The notification must include proof of service on each opposing party or the party's attorney. Failure to comply with this rule may result in the dismissal of the action, entry of default judgment, or other sanctions as deemed appropriate by the court." Nev. Loc. R. IA 3-1.

In light of the note that Plaintiff is currently housed at LCC, the Court will send a courtesy copy of this order to Plaintiff at LCC. The Court will also extend the deadline for Plaintiff to file his updated address with the Court until **January 10, 2025**. If Plaintiff does not update the Court with his current address by that deadline, this case will be subject to dismissal without prejudice.

Accordingly, IT IS HEREBY ORDERED that Plaintiff shall file his updated address with the Court by **January 10, 2025**.

Plaintiff is cautioned that this case will be subject to dismissal without prejudice if Plaintiff fails to timely comply with this order. A dismissal without prejudice allows Plaintiff to refile the case with the Court, under a new case number.

      IT IS FURTHER ORDERED that the Clerk of Court send a courtesy copy of this order to Plaintiff at Lovelock Correctional Center.

DATED THIS 10th day of December 2024.

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE